UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No: 13-01658-3G7

GEORGE SEARCY
JILL SEARCY
_____ Debtor(s). /

**TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL <u>PROPERTY OF THE ESTATE</u>
"AS IS, IN ITS PRESENT CONDITION"**

**OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO M.D. FLA. L.B.R. 2002-4, THE COURT WILL CONSIDER THIS MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT, 300 N. HOGAN STREET, SUITE 3-350, JACKSONVILLE, FL 32202, AND SERVE A COPY ON THE ATTORNEY FOR THE TRUSTEE, GORDON P. JONES, P.O. BOX 600459, JACKSONVILLE, FL 32260-0459. IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Gordon P. Jones, the Trustee (the "Trustee") duly appointed and acting for the above-captioned estate, reports the availability for purchase of the estate's interest in the property described below (the "Property"). The Trustee intends to sell the Property after the twenty-first (21st) day from the date this Notice is entered on the docket, according to the terms and conditions set forth below.

**Description of Property**:   Bankruptcy Estate's interest in real property located at
**925 Weybridge Lane, St. Augustine, Florida**

1.      **Manner of Sale**:   Private Sale

1.      **Terms of Sale**:   Cash

2.      **Buyer**:   PT Capital Investments LLC

3.      **Sale Price**:   $2,000.00

4.      This property is being sold "as is, where is" with no warranties of any kind. The Trustee makes no representation or warranty of no liens. Any lienors the Trustee believes to be existing are listed below:

| Lienholder | Amount | Nature of Secured Interest |
|---|---|---|
| **Bank Of America, N.A.**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | **$408,000.00** | **Mortgage*** |

*as per the Debtors' bankruptcy schedules.

It is the buyer's responsibility to examine title or otherwise identify any encumbrances not disclosed.  **The foregoing sale is subject to all consensual and non-consensual liens and encumbrances as indicated on the Debtor(s)' bankruptcy schedules, and any and all known and unknown liens, including IRS and/or other delinquent taxes.**

1.      Upon completion of any sale of the Property, the Trustee will deliver to the buyer a Trustee's Deed in the form attached hereto as **Exhibit A**.

2.      In the case of private sales, the Trustee will entertain any higher bids for the purchase of the assets of the Debtor which the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bid must be received by the Trustee at the address listed below no later than the close of business on 21 days from the date of mailing by the Bankruptcy Court as indicated below.  The Trustee will only accept higher bids in increments of $500.00. If more than one bid has been received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange the auction, after said twenty-one (21) days.

Dated:  May 1, 2013

/s/ Gordon P. Jones
Gordon P. Jones
Chapter 7 Trustee
PO Box 600459
Jacksonville, FL, 32260
Email: gjones@epitrustee.com
904-262-7373

A copy of the foregoing was furnished by Gordon P. Jones, Trustee, via U.S. Mail, postage prepaid, this 1st day of May, 2013 or electronically by the Bankruptcy Noticing Center, to all creditors and parties in interest on the mailing matrix.

This document prepared by:
Gordon P. Jones, Trustee
Post Office Box 600459
Jacksonville, FL 32260-0459

## TRUSTEE'S DEED

   **THIS TRUSTEE'S DEED** (this "Trustee's Deed") is made as of this _____ day of _____, 2013 between Gordon P. Jones, as Trustee (and not individually) of the bankruptcy estate (the "Trustee" or the "Grantor") of George Searcy and Jill Searcy (the "Debtors"), which is pending in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No. 3: 13-01658-3G7 (the "Bankruptcy Case"), whose post office address is Post Office Box 600459, Jacksonville, Florida 32260, and PT Capital Investments LLC, 3523 Hickory Hammock Loop, Wesley chapel, FL  33544 (the "Buyer" or "Grantee").

   **WITNESSETH:**

   **WHEREAS**, the Grantor was duly appointed as the Trustee of the bankruptcy estate in the Bankruptcy Case, and qualified as such and is serving as such; and

   **WHEREAS**, pursuant to that Report and Notice of Intent to Sell Property of the Estate (the "Notice") between Grantor and Grantee which was filed on _____, 2013 in the Bankruptcy Case, Grantor has agreed to convey its interest in the Property (defined below) to Grantee.

   **NOW, THEREFORE,** the Grantor for and in consideration of the sum of ten and no/100 dollars ($10.00) and other good and valuable considerations paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged does hereby grant, bargain, sell, alien and assign forever, to have and to hold, all of the Grantor's interest in and to the property located at 925 Weybridge Lane, St. Augustine, Florida, and more particularly described on **Exhibit A** attached hereto and made a part hereof, referred to herein as the "Property".

   **TOGETHER WITH,** all improvements, rights, benefits, privileges, easements, tenements, hereditaments, and appurtenances thereunto belonging or any wise appertaining to the Property.

   **SUBJECT TO** all covenants, restrictions, easements, limitations, assessments and other matters of record (although reference to such matters shall not serve to extend the same) existing zoning and/or restrictions imposed by governmental authority, and taxes.

By acceptance of this Trustee's Deed, Grantee agrees that Grantor is not making and specifically disclaims any warranties or representations of any kind or character, express or implied, with respect to the Property, including, but not limited to, warranties or representations as to matters of title, zoning, tax consequences, physical or environmental conditions, availability of access, ingress or egress, operating history or projections, valuation, governmental approvals, governmental regulations or any other matter or thing relating to or affecting the Property including, without limitation: (i) the value, condition, merchantability, habitability, marketability, profitability, suitability or fitness for a particular use or purpose of the Property; (ii) the manner or quality of the construction or materials incorporated into any of the Property; and (iii) the manner, quality, state of repair or lack of repair of the Property.  Grantee agrees that with respect to the Property, Grantee has not relied upon and will not rely upon, either directly or indirectly, any representation or warranty of Grantor or any agent of Grantor.  Grantee represents that it is relying solely on their own expertise and that of Grantee's consultants, and that Grantee will conduct such inspections and investigations of the Property, including but not limited to, the physical and environmental conditions thereof, and shall rely upon same, and upon closing, shall assume the risk that adverse matters, including but not limited to adverse physical and environmental conditions, may not have been revealed by Buyer's inspections and investigations.  Grantee has acknowledged and agreed that Grantor sells and conveys the Property under this Deed to Grantee and that Grantee accepts said Property "as is, where is", in its present condition, with all faults, liens and encumbrances.  Grantee furthers acknowledge and agree that there are no oral agreements, warranties or representations, collateral to or affecting the Property by Grantor, any agent of Grantor or any third party.

**IN WITNESS WHEREOF**, I, Gordon P. Jones, as Trustee (and not individually) of the bankruptcy estate of George Searcy and Jill Searcy, have executed this Trustee's Deed.

Signed, sealed and delivered
in the presence of:


_____          _____
Print Name: _____          Gordon P. Jones, as Trustee (and not individually)
                                           of the bankruptcy estate of George Searcy and Jill Searcy

_____
Print Name: _____


STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was executed and acknowledged before me this ____ day of _____, 2012, by Gordon P. Jones, as Trustee and not individually, of the bankruptcy estate of George Searcy and Jill Searcy and who is personally known to me.



_____
Print Name: _____
Notary Public, State of Florida at Large
My Commission Number: _____
My Commission Expires: _____

**EXHIBIT A**

**43/38-46 Walden Chase Phase 1 Unit 2, Lot 321 OR 2170/648 & 2687/795 & 2752/1705 (Q/C), St. Johns County, Florida**

Strap 023241 3210

Label Matrix for local noticing
113A-3
Case 3:13-bk-01658-PMG
Middle District of Florida
Jacksonville
Wed May  1 13:13:40 EDT 2013

George Searcy
925 Weybridge Lane
St. Augustine, Fl 32081-7062

Jill Searcy
925 Weybridge Lane
St. Augustine, Fl 32081-7062

500 Fastcash
515 G St. Se
Miami, OK 74354-8224

A R M Inc
P.o. Box 129
Thorofare, NJ 08086-0129

Aalm Consulting Service
2500 Wilcrest Ste 201
Houston, TX 77042-2754

Ar Resources
P.o. Box 1056
Blue Bell, PA 19422-0287

Asset Acceptace
P.o. Box 2036
Warren, MI 48090-2036

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Baptist Med Ctr South
P.o. Box 45094
Jacksonville, FL 32232-5094

Capital One
P.o. Box 5253
Carol Stream, IL 60197-5253

(p)CASHCALL INC
17360 BROOKHURST STREET
FOUNTAIN VALLEY CA 92708-3720

Cavalry Portfolio
500 Summitt Lake Dr
Valhalla, NY 10595-2322

Cbhv
P.o. Box 831
Newburgh, NY 12551-0831

Check N Go
13947 Beach Blvd #203
Jacksonville, FL 32224-1200

Consumer Portfolio Svcs
P.o. Box 57071
Irvine, CA 92619-7071

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Drs Mori Bean Brooks
P.o. Box 1259 Dept 95504
Oaks, PA 19456-1259

Ds Erickson & Assoc
920 Second Ave S. #800
Minneapolis, MN 55402-4007

Emergency Resources Group
P.o. Box 11349
Daytona Bch, FL 32120-1349

Eos Cca
700 Longwater Dr
Norwell, MA 02061-1624

Federated Capital Corp
30955 Northwestern Hwy
Farmngtn Hills, MI 48334-2580

First Premier
3820 N. Louise Ave
Sioux Falls, SD 57107-0145

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Global Group Holdings Ll
P.o. Box 25902
Las Vegas, NV 89126

Lendmark Financial Svcs
1601 Ga Hwy 40 E
Kingsland, GA 31548-6500

Mark Franzoni
1511-B Penman Rd.
Jacksonville Beach, FL 32250-3773

Midland Credit Mgmt
8875 Aero Dr #200
San Diego, CA 92123-2255

Midland Funding
8875 Aero Dr #200
San Diego, CA 92123-2255

Multiloansource
790 W Sam Houstn Pky 202
Houston, TX 77024-4546

National Credit Adjusters
P.o. Box 3023
Hutchinson, KS 67504-3023

Northern Resolution
P.o. Box 566
Amherst, NY 14226-0566

Oneclickcash
52946 Hwy 12 Ste 3
Niobrara, NE 68760-7085


Praxis Financial Solutio
7301 N. Lincoln Ave #200
Lincolnwood, IL 60712-1730

Professional Svc Bureau
4725 36th Ave N
Minneapolis, MN 55422-2169

Santander Consumer Usa
8585 N Stemmons Ferry 10
Dallas, TX 75247-3822


Speedy Loans Now
P.o. Box 426
Montchanin, DE 19710-0426

Spotloan
P.o. Box 720
Belcourt, ND 58316-0720

St. Johns County Tax Collector
Dennis W. Hollingswo
Post Office Box 9001
Saint Augustine FL 32085-9001


Tate & Kerlin
2810 Southhampton
Jacksonville, FL 32216

Titlemax
1601 Hwy 40 E. Ste P
Kingland, GA 31548-6554

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2476


Westlake Financial
137 N Virgil Ave #100
Los Angeles, CA 90004-4811

Westlake Financial Svcs
4751 Wilshire Blvd.#100
Los Angeles, CA 90010-3847

Gordon P. Jones +
P O Box 600459
Jacksonville, FL 32260-0459


United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

George E Wise +
Morris Hardwick Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221-3124


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Cashcall
P.o. Box 66007
Anaheim, CA 92816

Directv
P.o. Box 78626
Phoenix, AZ 85062


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Paul M. Glenn
Jacksonville

(u)The Bank of New York Mellon FKA the Bank o

End of Label Matrix
Mailable recipients      46
Bypassed recipients       2
Total                    48